**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Krystal Tillman | Case No: 3:21-CV-00123 |
| Plaintiff | Judge James R. Knepp, II |
| v. | |
| FAMILY DOLLAR STORES OF OHIO INC., ET. AL. | **NOTICE OF DISMISSAL OF POLICE OFFICER J. GOETZ AND INTENTION TO PURSUE STATE CLAIMS AGAINST NAMED DEFENDANT FAMILY DOLLAR STORES OF OHIO, INC., AS FILED IN LOCAL COMMON PLEAS COURT** |
| Defendants | |

Now comes Attorney Lafe Tolliver and hereby notices this Court that he is dismissing, with prejudice, the claims against the Defendant, Officer J. Goetz (#2641) and will proceed on the state claims against Family Dollar which are on the docket of the local common pleas court in case number: CI-0202002532.

This notice is pursuant to FRCP 41(a)(1).

A copy of this notice of dismissal has been filed with the Lucas County Common Pleas Court.

Respectfully submitted,


/s/ Lafe Tolliver, Attorney

Lafe Tolliver
316 North Michigan St. #514
Toledo, OH 43604
419 249 2703
Email: tolliver@juno.com


NOTICE OF SERVICE

A copy of same was mailed this 1st day of March 2021 via the USPS to:[1] Attorney Terry Green, City of Toledo Law Department, One Government Center, #2250, Toledo, Ohio 43604 and via his email of: terry.green@toledo.oh.gov and to [2] Atty. Lidia B. Ebersole, One SeaGate, Suite 1700, Toledo, Ohio 43604 and to her email of: lebersole@ralaw.com and to Atty. Christopher Cotter at: 222 South Main Street, #400, Akron, Ohio 44308.


/s/Lafe Tolliver, Attorney