# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Krystal Tillman

Plaintiff

v.

Family Dollar Stores of
Ohio, Inc., et al.,

Defendants

Case No: 3:21-CV-00123

Judge James R. Knepp, II

**NOTICE OF PLAINTIFF'S COUNSEL THAT AMOUNT IN CONTROVERSY IS BELOW THE AMOUNT OF SEVENTY-FIVE THOUSAND AS PER 28 U.S.C. SECTION 1332.**

Lafe Tolliver (0023725)
Counsel for Plaintiff
316 North Michigan St. #514
Toledo, OH 43604
419 249 2703
E mail: tolliver@juno.com

Now comes legal counsel for the Plaintiff and indicates to this Court that the amount in controversy does not exceed $75,000.00 and as such, this Court does not have subject jurisdiction over this case.

WHEREFORE, Counsel would petition this Court for an Order dismissing this case from its docket and allowing the local state court to proceed on the case filings already before it.

Respectfully submitted,

/s/ Lafe Tolliver

CERTIFICATE OF SERVICE

A copy of same was mailed this 2nd day of March 2021 via USPS to: [1] Atty. Lidia Ebersole @ One Seagate, #1700, Toledo, OH 43604; [2] Atty. Christopher Cotter @ 222 South Main Street, Akron, OH 44308 and via email addresses of: ccotter@ralaw.com and lebersole@ralaw.com.

/s/ Lafe Tolliver
_____
 Lafe Tolliver
Counsel for Plaintiff