Approved.

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITES STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Krystal Tillman               Case No: 3:21-CV-00123

Plaintiff                     Judge James R. Knepp, II

v.

FAMILY DOLLAR STORES OF OHIO   **NOTICE OF DISMISSAL OF**
INC., ET. AL.                  **POLICE OFFICER J. GOETZ**
                               **AND INTENTION TO PURSUE**
                               **STATE CLAIMS AGAINST**
Defendants                     **NAMED DEFENDANT FAMILY DOLLAR**
                               **STORES OF OHIO, INC., AS FILED**
                               **IN LOCAL COMMON PLEAS COURT**


Now comes Attorney Lafe Tolliver and hereby notices this Court that he is dismissing, with prejudice, the claims against the Defendant, Officer J. Goetz (#2641) and will proceed on the state claims against Family Dollar which are on the docket of the local common pleas court in case number: CI-0202002532.

This notice is pursuant to FRCP 41(a)(1).

A copy of this notice of dismissal has been filed with the Lucas County Common Pleas Court.

Respectfully submitted,


/s/ Lafe Tolliver, Attorney

Lafe Tolliver
316 North Michigan St. #514
Toledo, OH 43604
419 249 2703
Email: tolliver@juno.com


NOTICE OF SERVICE

A copy of same was mailed this 1st day of March 2021 via the USPS to:[1] Attorney Terry Green, City of Toledo Law Department, One Government Center, #2250, Toledo, Ohio 43604 and via his email of: terry.green@toledo.oh.gov and to [2] Atty. Lidia B. Ebersole, One SeaGate, Suite 1700, Toledo, Ohio 43604 and to her email of: lebersole@ralaw.com and to Atty. Christopher Cotter at: 222 South Main Street, #400, Akron, Ohio 44308.


/s/Lafe Tolliver, Attorney